UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NANCY ALYWAHBY,

                              Plaintiff,

                -against-

ERIC K. SHINSEKI, Secretary of Veterans
Affairs,

                             Defendant.
----------------------------------------------------------------X

**ORDER**

01-CV-6512 (NGG) (LB)
01-CV-8017 (NGG) (LB)
04-CV-2183 (NGG) (LB)

NICHOLAS G. GARAUFIS, United States District Judge.

On December 3, 2010, the court ordered Plaintiff, proceeding *pro se*, to show cause within thirty days why the three above-captioned cases should not be dismissed for failure to prosecute. (01-CV-6512, Docket Entry # 101; 01-CV-8017, Docket Entry # 88; 04-CV-2183, Docket Entry # 70.) Plaintiff has not responded to that order; her time for doing so has now expired. Consequently, Plaintiff's cases are dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk of Court is directed to enter judgment accordingly. The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
       January _6_, 2011

                        s/Nicholas G. Garaufis
                        NICHOLAS G. GARAUFIS
                        United States District Judge